AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, etc., et al.,

V.

BEAVER PLUMBING SERVICES, INC.,

C. **07CV6202**
A: **JUDGE COAR**
D **MAG. JUDGE NOLAN**

MAGISTRATE JUDGE:

**TO:** (Name and address of Defendant)

Beaver Plumbing Services, Inc.
c/o Daniel J. Quigley, Its Registered Agent
1234 N. Cedar Rd.
P.O. Box 98
New Lenox, Illinois 60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV - 2 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | November 9'th, 2007 |
| NAME OF SERVER (PRINT)  Philip P. Ducar | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify): Personally handed the Summons and the Complaint to Ms. Mary Plucharczyk, of the office of Attorney Daniel J. Quigley, the Registered Agent for the defendant, Beaver Plumbing Services, Inc. Service was effected at 1234 N. Cedar Road, in New Lenox, Illinois, at the hour of 2:05 p.m., on Friday, November 9'th, 2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 9'th, 2007     *Philip P. Ducar*
             Date                    Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.