# EXHIBIT C

12-07-07LMS-LIT135243                                                                65100-1109LIT-4728

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 6202 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| BEAVER PLUMBING SERVICES, INC., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT CONCERNING ATTORNEYS' FEES AND COSTS**

DOUGLAS A. LINDSAY states that if he were called to testify, he would testify as follows:

1. I am an adult and competent.

2. The information contained in this Affidavit is based on my personal knowledge and the business records of LEWIS, OVERBECK & FURMAN, LLP (Firm).

3. During the course of this litigation, Douglas A. Lindsay, a partner in Firm, rendered 6.70 hours of legal services to Plaintiffs, at a rate of $275.00 per hour, for a total of $1,842.50.

4. During the course of this litigation, Lisa. M. Simioni, an associate in Firm, rendered 6.20 hours of legal services to Plaintiffs, at a rate of $170.00 per hour, for a total of $1,054.00.

1

5.  During the course of this litigation, Robert Parizek, a paralegal in the Firm, rendered 3.40 hours of legal services to Plaintiff, at a rate of $75.00 per hour, for a total of $255.00.

6.  During the course of this litigation, Albert B. Davis, a paralegal in the Firm, rendered .40 hours of legal services to Plaintiff, at a rate of $70.00 per hour, for a total of $28.00.

7.  The attorneys' and paralegal's fees incurred by Plaintiffs in this matter total $3,179.50.

8.  Plaintiffs have also incurred $350.00 in court filing fees, $60.00 for service of process fees, $82.80 in photocopy charges, and $60.00 for computerized docketing charges, for total costs of $552.80.

9.  The total amount due Plaintiffs for legal fees and costs is $3,732.30.

10. Attached hereto as Attachment C-1 are true and correct copies of itemized time records and expense records made and kept in the ordinary course of Firm's business.

11. In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
DOUGLAS A. LINDSAY

Executed on December __7__, 2007.