# EXHIBIT C-1

## Lewis, Overbeck & Furman, LLP
## Time And Expense Details

| Report ID: | OT2025 - 20751 | | | | | | | Printed By | SKOU |
| Friday, December 07, 2007 | | | | | | | | Page | 1 |

| Client | Client Reporting Name | | | Matter | Matter Reporting Name | | | Billing Timekeeper | |
|---|---|---|---|---|---|---|---|---|---|
| 65100 | Plumbers 130 Litigation | | | 01109 | 4728 Beaver Plumbing Services | | | Creagan, David J. Jr. | |

Beginning To End

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/5/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Review file; telephone conference with Funds' Field Representative; memo to file |
| 9/10/2007 | DAL | 0.30 | 0.30 | 275.00 | $82.50 | | | Telephone conference with Funds' Field Representative; memo to file; email to all concerned; telephone conference with Funds' Field Representative |
| 9/13/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Telephone conference with Contractor's attorney |
| 9/14/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Memo to file |
| 9/24/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Review file; telephone conference with Funds' Field Representative; memo to file |
| 10/3/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Conference with F. Richard Skweres regarding Welfare Fund action on Litigation Agenda recommendation; telephone conference with Funds' Field Representative |
| 10/11/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Telephone conference Funds' Field Representative |
| 10/18/2007 | LMS | 0.10 | 0.10 | 170.00 | $17.00 | | | Review email from Douglas A. Lindsay |
| 10/18/2007 | DAL | 0.30 | 0.30 | 275.00 | $82.50 | | | Review collective bargaining agreement signature page; email from F. Richard Skweres; memo to file; email to all concerned |
| 10/24/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Email from Lisa M. Simioni; email to Lisa M. Simioni |
| 10/24/2007 | LMS | 2.50 | 2.50 | 170.00 | $425.00 | | | Began to prepare suit papers; correspondence on proper amounts due with Marge Wiggins and Douglas A. Lindsay |
| 10/26/2007 | LMS | 0.10 | 0.10 | 170.00 | $17.00 | | | Left message for Marge Wiggins regarding complaint paperwork |
| 10/29/2007 | LMS | 0.10 | 0.10 | 170.00 | $17.00 | | | Email to Douglas A. Lindsay regarding status of assignment |
| 10/29/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Email from Lisa M. Simioni |
| 10/31/2007 | LMS | 2.50 | 2.50 | 170.00 | $425.00 | | | Conference calls with Marge Wiggins regarding amounts due; continued to prepare filing papers; memo to Douglas A. Lindsay regarding same |
| 11/1/2007 | DAL | 0.30 | 0.30 | 275.00 | $82.50 | | | Review & revise draft pleadings |
| 11/1/2007 | LMS | 0.20 | 0.20 | 170.00 | $34.00 | | | Correspondence on filing papers |
| 11/2/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Review file; statutory notice letters to Secretary of Labor & Secretary of Treasury |
| 11/2/2007 | ABD | 0.40 | 0.40 | 70.00 | $28.00 | | | Photocopy complaint and court filing documents for U.S. District Court |
| 11/5/2007 | RCP | 0.50 | 0.50 | 75.00 | $37.50 | | | Worked on service of process |
| 11/5/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | E-notices from court |
| 11/6/2007 | RCP | 0.40 | 0.40 | 75.00 | $30.00 | | | Organized file |
| 11/7/2007 | LMS | 0.10 | 0.10 | 170.00 | $17.00 | | | Received minute order with hearing date |
| 11/8/2007 | RCP | 0.30 | 0.30 | 75.00 | $22.50 | | | Organized file |
| 11/8/2007 | DAL | 0.50 | 0.50 | 275.00 | $137.50 | | | E-notice from court; diary status hearing; review file; conference with paralegal regarding court rules and deadlines |
| 11/9/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Review Judge Coar's rules |
| 11/14/2007 | RCP | 0.50 | 0.50 | 75.00 | $37.50 | | | Paid vendor invoice; filed return of service |
| 11/14/2007 | LMS | 0.10 | 0.10 | 170.00 | $17.00 | | | Received green card |
| 11/14/2007 | LMS | 0.20 | 0.20 | 170.00 | $34.00 | | | Correspondence with paralegal regarding filing of certificate of service; assisted in filing of certificate of service |
| 11/15/2007 | RCP | 0.30 | 0.30 | 75.00 | $22.50 | | | Organized file |

Report ID:  OT2025 - 20751  
Friday, December 07, 2007

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details
Beginning To End

Printed By  SKOU  
Page  2

## Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 11/15/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | E-notice from court |
| 11/21/2007 | LMS | 0.20 | 0.20 | 170.00 | $34.00 | | | Received appearances; updated file |
| 11/26/2007 | DAL | 0.40 | 0.40 | 275.00 | $110.00 | | | E-notice from court; review file; telephone conference defense counsel; memo to file; telephone conference Funds' Field Representative |
| 11/26/2007 | DAL | 0.40 | 0.40 | 275.00 | $110.00 | | | Voicemail from defense counsel; telephone conference with defense counsel; review file; email to all concerned; telephone conference with Funds' Field Representative |
| 11/27/2007 | LMS | 0.10 | 0.10 | 170.00 | $17.00 | | | Review email from Douglas A. Lindsay |
| 11/27/2007 | DAL | 0.40 | 0.40 | 275.00 | $110.00 | | | Review file; telephone conference with Funds' Field Representative; email to all concerned |
| 11/29/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Telephone conference with Contractor's attorney; telephone conference with Funds' Field Representative |

### Unbilled Time Totals
13.30   13.30   $2,524.50

## Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 10/31/2007 | $60.00 | DOCK | DM 2000, Computerized Docket and Case Watch Protection Service |
| 11/1/2007 | $350.00 | MISC | U.S. District Court Clerk - Filing fee |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 12/07/2007 | Current Period | 11/01/2007 | 11 | 2007 |

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 11/14/2007 | $60.00 | MISC | Constable Services- Service of Process |
| 11/30/2007 | $82.80 | COPY | Photocopy Charges |

### Unbilled Expenses Totals
$552.80

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/30/2007 | DAL | 1.00 | 1.00 | 275.00 | $275.00 | | | Telephone conference with Funds' Field Representative; fax from Funds' Field Representative; open litigation file; voicemail to Contractor's representative; entity research |
| 8/31/2007 | RCP | 1.40 | 1.40 | 75.00 | $105.00 | | | Worked on Installment Note with Personal Guaranty |
| 8/31/2007 | DAL | 1.00 | 1.00 | 275.00 | $275.00 | | | Voicemail from Contractor's representative; telephone conference with Contractor's representative; memos to file; conference with paralegal regarding preparation of payment plan papers; voicemail to Funds' Field Representative; put payment plan papers in final form, sign letter and distribute to all concerned |

### Billed Time Totals
3.40   3.40   $655.00

Report ID: OT2025 - 20751                                                                                             Printed By  SKOU
Friday, December 07, 2007                                                                                              Page        3

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| **Report Totals** | 16.70 | 16.70 | $3,179.50 | $552.80 | $3,732.30 |

*** End Of Report ***