# EXHIBIT D

12-05-07LMS-LIT135245                                              65100-1109LIT-4728

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 6202 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| BEAVER PLUMBING SERVICES, INC., | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This cause coming before the Court for hearing on Plaintiffs' Motion for Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, JAMES T. SULLIVAN, etc., et al., and against Defendant, BEAVER PLUMBING SERVICES, INC., in the amount of $147,619.82.

This Order is enforceable and appealable.

DATE:_____          ENTER:

                                                   _____
                                                   David H. Coar
                                                   United States District Judge