12-07-07LMS-LIT135244                                                   65100-1109LIT-4728

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) |
| | ) |
| Plaintiffs, | ) No. 07 C 6202 |
| | ) |
| v. | ) Judge Coar |
| | ) |
| BEAVER PLUMBING SERVICES, INC., | ) Magistrate Judge Nolan |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Todd A Miller
      Kathleen M. Cahill
      Allocco & Miller, P.C.
      3409 North Paulina Street
      Chicago, IL 60657

PLEASE TAKE NOTICE that on Thursday, December 18, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or any other judge sitting in his place and stead, in courtroom No. 1419, in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' Motion for Entry of Judgment, a copy of which is herewith served upon you.

                        JAMES T. SULLIVAN, etc., et al., by
                        their attorneys, DOUGLAS A. LINDSAY,
                        JOHN W. LOSEMAN, and LISA M.
                        SIMIONI

| | |
|---|---|
| Of Counsel: | By: s/ Lisa M. Simioni |
| Lewis, Overbeck & Furman, LLP | Lisa M. Simioni |
| 20 N. Clark Street | 20 N. Clark Street |
| Suite 3200 | Suite 3200 |
| Chicago, IL 60602-5093 | Chicago, IL 60602-5093 |
| 312-580-1200 | 312-580-1248 |

1

CERTIFICATE OF SERVICE

   Lisa M. Simioni hereby certifies that service of the foregoing NOTICE OF MOTION was effected upon the following person(s):

Todd A Miller
Kathleen M. Cahill
Allocco & Miller, P.C.
3409 North Paulina Street
Chicago, IL 60657
toddamiller@rcn.com
kcahill72@hotmail.com

through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 10th day of December, 2007.

             s/ Lisa M. Simioni
             Lisa M. Simioni
             20 N. Clark Street
             Suite 3200
             Chicago, IL 60602-5093
             312-580-1248