Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6202 | **DATE** | 12/18/2007 |
| **CASE TITLE** | James T. Sullivan, et al vs. Beaver Plumbing Services, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 12/18/2007 regarding # 12. Status hearing held on 12/18/2007. Plaintiffs' Motion [12] fo Entry of Judgment is Granted. Judgment is entered in favor of plaintiffs, James T. Sullivan, et al and against defendant, Beaver Plumbing Services, Inc in the amount of $147,619.82. ENTER JUDGMENT ORDER. Enter Memorandum of Judgment. . Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|