12-18-07LMS-LIT135358                                                         65100-1109LIT-4728

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 18 2007

Judge David H. Coar
United States District Court

DEC 18 2007

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 6202 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| BEAVER PLUMBING SERVICES, INC., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF JUDGMENT

On December 18, 2007, Judgment was entered in favor of Plaintiffs/Judgment Creditors, JAMES T. SULLIVAN, etc., et al., and against Defendant/Judgment Debtor, BEAVER PLUMBING SERVICES, INC. in the amount of $147,619.82.

ENTER:

Date: 12/18/07

Honorable David H. Coar
United States District Court Judge

Attorney for Plaintiff/Judgment Creditor:
Lewis, Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, IL 60602-5093
(312) 580-1200